# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 6, 2023

Lyle W. Cayce
Clerk

_____

No. 23-40233
Summary Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RAUL TREVINO,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:21-CR-705-1

_____

Before JOLLY, ENGELHARDT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Raul Trevino in his appeal of his revocation of supervised release and resulting sentence of seven months of imprisonment has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40233

*United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Trevino has not filed a response.

During the pendency of this appeal, Trevino completed the sentence imposed upon revocation of his term of supervised release and was released from custody.  No additional term of supervised release was imposed. Therefore, the instant appeal is moot.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).  Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.